```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16759
   ANTOINETTE M CAVENS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0437


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/14/2007 and was confirmed 11/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/29/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              456.47         .00       202.36
COOK COUNTY TREASURER      SECURED              120.00         .00       120.00
GMAC                       SECURED VEHIC      15000.00      999.88      2853.29
SELECT PORTFOLIO SERVICI   CURRENT MORTG          .00         .00          .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED         .00          .00
ALLIED INTERSTATE          UNSECURED       NOT FILED         .00          .00
ALLIED INTERSTATE          UNSECURED       NOT FILED         .00          .00
COMMONWEALTH EDISON        UNSECURED           375.74         .00          .00
NATIONAL CAPITAL MGMT LL   UNSECURED          2642.84         .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1392.46         .00          .00
SHERECE B THOMPSON         UNSECURED       NOT FILED         .00          .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE    30953.89         .00       1982.51
CAPITAL ONE                UNSECURED          1871.72         .00          .00
ASSET ACCEPTANCE LLC       UNSECURED           735.20         .00          .00
HSBC BANK NEVADA NA        UNSECURED           396.05         .00          .00
ECAST SETTLEMENT CORP      UNSECURED           286.43         .00          .00
B-REAL LLC                 UNSECURED           175.00         .00          .00
PHILIP A IGOE              DEBTOR ATTY      2,774.00                   2,774.00
TOM VAUGHN                 TRUSTEE                                       717.96
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            9,650.00

PRIORITY                                     .00
SECURED                                 5,158.16
   INTEREST                               999.88
UNSECURED                                    .00
ADMINISTRATIVE                          2,774.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16759 ANTOINETTE M CAVENS
```

```
TRUSTEE COMPENSATION                                        717.96
DEBTOR REFUND                                                  .00
                                       ----------------    ----------------
TOTALS                                       9,650.00           9,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```